## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SIPE; JILL GROSS; R. DAVID NEW; ACCESS NOW, INC., a not-for-profit corporation, | Case No. 2:15-cv-1675-AJS |
| Plaintiffs, | |
| v. | Filed Electronically |
| WILLIAMS-SONOMA, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice.

Respectfully submitted,

*/s/ Benjamin J. Sweet*

R. Bruce Carlson
Benjamin J. Sweet
Stephanie Goldin
CARLSON LYNCH SWEET &
KILPELA LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff

this 25th
JAN , 20 16 ,
SO ORDERED.

STATES DISTRICT JUDGE